# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **Jennifer Stieglitz,** ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 24-cv-00695 |
| ) | |
| **Ironmountain Solutions, Inc.** ) | |
| *Defendant.* ) | |

_____

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Comes now the Plaintiff, by and through undersigned counsel below and pursuant to Federal Rules of Civil Procedure Rule 41(a), hereby dismisses this matter ***without*** prejudice. No answer nor Motion for Summary Judgment has been served.

August 5, 2024                     Respectfully submitted,

                                   /s/ Sterling L. DeRamus
                                   Sterling DeRamus, Esq.
                                   Attorney at Law
                                   300 Vestavia Pkwy
                                   Birmingham, Alabama 35216
                                   TEL: (205) 504-0189
                                   FAX: (205) 449-7392
                                   sderamus@deramuslaw.com
                                   BAR ID: ASB-6781-R60S

                                   Attorney for Complainant

## CERTIFICATE OF SERVICE

All parties are being e-served.